**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAIMIE S. CALLANTA,<br><br>      Plaintiff,<br><br>   vs.<br><br>FIRST ELECTRONIC BANK; and DOES 1 TO 10, inclusive,<br><br>      Defendants. | Case No. : CV14-0315 SS<br><br>**ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANTS** |

PURSUANT TO STIPULATION, IT IS SO ORDERED that all claims of Plaintiff JAIMIE S. CALLANTA against Defendant FIRST ELECTRONIC BANK; and DOES 1 through 10, inclusive, are dismissed, with prejudice. Plaintiff JAIMIE S. CALLANTA and Defendant FIRST ELECTRONIC BANK shall each bear their own costs and attorneys' fees.

IT IS SO ORDERED.

DATED: 4/29/14_____        _____/S/_____
                                         United States Magistrate Judge
                                         Suzanne H. Segal